1  STEVE W. BERMAN
   GEORGE W. SAMPSON
2  TYLER WEAVER
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA  98101
4  Telephone:  (206) 623-7292
   Facsimile:   (206) 623-0594
5  steve@hbsslaw.com
   george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
   Washington, D.C.  20006
9  Telephone:  (202) 355-6435
   Facsimile:  (202) 355-6455
10 jenniferc@hbsslaw.com

**JS-6**

11 *Attorneys for Plaintiffs*

12          UNITED STATES DISTRICT COURT

13          CENTRAL DISTRICT OF CALIFORNIA

14              WESTERN DIVISION

                                    CV 06-5012 SVW

| | |
|---|---|
| 15  IN RE LIVE CONCERT<br>ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW<br>(VBKx) |
| 16 | |
| 17 | **JOINT STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |
| 18  This document relates to all actions. | **& ORDER** |
| 19 | Hearing:    None<br>Time:        None |
| 20 | Courtroom: 6<br>Judge:       Hon. Stephen V. Wilson |
|  | Trial Date:  None |

21

22

23

24          **IT IS SO ORDERED**

25          Dated    JUN 2 2 2012

26          *[signature]*

27          United States District Judge
            STEPHEN V. WILSON
28

STIPULATED DISMISSAL

1   WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2   consolidated for purposes of coordinated pretrial proceedings;

3   WHEREAS, the parties have reached a global settlement of all twenty-two
4   actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5   two actions with prejudice;

6   NOW, THEREFORE, the parties, by and through their attorneys of record,
7   and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE
8   that this MDL and the following member actions are hereby dismissed with
9   prejudice:

10   (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11   (RCx) (Chicago Region);

12   (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13   SVW (RCx) (New York/New Jersey Region);

14   (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15   SVW (RCx) (Boston Region);

16   (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17   2:05-cv-06704-SVW-VBK (Los Angeles Region);

18   (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19   04987-SVW-VBK (Denver Region).

20   (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21   SVW (RCx) (South Florida Region);

22   (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23   2382-SVW (RCx) (Philadelphia Region);

24   (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25   SVW (RCx) (Northern California Region);

26   (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27   SVW (RCx) (Michigan Region);

28

1      (10)  *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);

3      (11)  *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);

5      (12)  *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);

7      (13)  *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);

9      (14)  *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);

11      (15)  *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);

13      (16)  *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);

15      (17)  *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);

17      (18)  *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);

19      (19)  *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);

21      (20)  *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);

23      (21)  *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);

25      (22)  *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).

27

28

1

2  Dated:  May 22, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

3

4  By: /s/ Jennifer F. Connolly
        Jennifer F. Connolly
5      1629 K St. NW, Suite 300
       Washington, D.C.  20006
6      Tel.:  (202) 355-6435
       Fax:  (202) 355-6455
7      E-mail:  JenniferC@hbsslaw.com

8  Elaine T. Byszewski
   Lee M. Gordon
9  HAGENS BERMA SOBOL SHAPIRO LLP
   700 South Flower Street, Suite 2940
10 Los Angeles, CA  90017
   Tel.: (213) 330-7150
11 Fax: (213) 330-7150
   E-mail:  Lee@hbsslaw.com
12          Elaine@hbsslaw.com

13 Steve W. Berman
   George Sampson
14 Tyler Weaver
   HAGENS BERMAN SOBOL SHAPIRO LLP
15 1918 Eighth Ave., Suite 3300
   Seattle, WA  98101
16 Tel.: (206) 623-7292
   Fax.: (206) 623-0594
17 Email:  steve@hbsslaw.com
           george@hbsslaw.com
18         tyler@hbsslaw.com

19 Kenneth A. Wexler
   Mark R. Miller
20 WEXLER WALLACE LLP
   55 W. Monroe, Suite 3300
21 Chicago, IL  60603
   Tel.:  (312) 346-2222
22 Fax:  (312) 346-0022
   E-mail: kaw@wexlerwallace.com
23         mrm@wexlerwallace.com

24

25

26

27

28

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail: lee@sfclasslaw.com

***Co-Lead Counsel and Executive Committee Members***

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail: nick@chimicles.com
          kimdonaldson@chimicles.com

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail: lharke@harkeclasby.com

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

***Executive Committee Members***

1    Dated:  May 22, 2012              WILSON SONSINI GOODRICH & ROSATI
2                                      Professional Corporation

3

4                              By:   /s/ Jonathan M. Jacobson
                                     Jonathan M. Jacobson
5                                    1301 Avenue of the Americas
                                     40th Floor
6                                    New York, NY  10019
                                     Telephone:  (212) 999-5800
7                                    Facsimile:  (212) 999-5899

8                                    Colleen Bal
                                     Wilson Sonsini Goodrich & Rosati PC
9                                    650 Page Mill Road
                                     Palo Alto, CA 94304
10                                   Telephone:  (650) 493-9300
                                     Facsimile:  (650) 493-8111

11
                                     MINTZ LEVIN COHN FERRIS GLOVSKY
12                                   AND POPEO, P.C
                                     Harvey I. Saferstein
13                                   2029 Century Park East, Suite 1370
                                     Los Angeles, California 90067
14                                   Telephone:  (310) 586-3200

15                                   ***Attorneys for Defendants***

16

17

18

19

20

21

22

23

24

25

26

27

28