1 | STEVE W. BERMAN
GEORGE W. SAMPSON
2 | TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
3 | 1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
4 | Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
5 | steve@hbsslaw.com
george@hbsslaw.com
6 | tyler@hbsslaw.com

7 | JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
8 | 1629 K St. NW, Suite 300
Washington, D.C.  20006
9 | Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455
10 | jenniferc@hbsslaw.com

**FILED**
**CLERK U.S. DISTRICT COURT**

**JUN 2 2 2012**

**CENTRAL DISTRICT OF CALIFORNIA**
**BY                              DEPUTY**

*JS-6*

11 | *Attorneys for Plaintiffs*

12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA

14

WESTERN DIVISION

CV 06-5012 SVW

| 15  IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| 16 | |
| 17 | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** & ORDER |
| 18  This document relates to all actions. | |
| 19 | Hearing:     None |
| 20 | Time:        None |
|  | Courtroom: 6 |
| 21 | Judge:       Hon. Stephen V. Wilson |
|  | Trial Date:  None |

22

23

24

**IT IS SO ORDERED**

25 | Dated   JUN 2 2 2012

26

27 | United States District Judge

**STEPHEN V. WILSON**

28

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2  consolidated for purposes of coordinated pretrial proceedings;
3    WHEREAS, the parties have reached a global settlement of all twenty-two
4  actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5  two actions with prejudice;
6    NOW, THEREFORE, the parties, by and through their attorneys of record,
7  and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE
8  that this MDL and the following member actions are hereby dismissed with
9  prejudice:
10    (1)    *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);
12    (2)    *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);
14    (3)    *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);
16    (4)    *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);
18    (5)    *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19  04987-SVW-VBK (Denver Region).
20    (6)    *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);
22    (7)    *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);
24    (8)    *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);
26    (9)    *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);
28

1      (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);

3      (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);

5      (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);

7      (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);

9      (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);

11      (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);

13      (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);

15      (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);

17      (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);

19      (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);

21      (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);

23      (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);

25      (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).

27
28

1

Dated:  May 22, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

2

3

By: /s/ Jennifer F. Connolly

4           Jennifer F. Connolly
1629 K St. NW, Suite 300

5      Washington, D.C.  20006
Tel.:  (202) 355-6435

6      Fax:  (202) 355-6455
E-mail:  JenniferC@hbsslaw.com

7

Elaine T. Byszewski

8      Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP

9      700 South Flower Street, Suite 2940
Los Angeles, CA  90017

10     Tel.: (213) 330-7150
Fax: (213) 330-7150

11     E-mail:  Lee@hbsslaw.com
              Elaine@hbsslaw.com

12

Steve W. Berman

13     George Sampson
Tyler Weaver

14     HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300

15     Seattle, WA  98101
Tel.: (206) 623-7292

16     Fax.: (206) 623-0594
Email:  steve@hbsslaw.com

17            george@hbsslaw.com
              tyler@hbsslaw.com

18

Kenneth A. Wexler

19     Mark R. Miller
WEXLER WALLACE LLP

20     55 W. Monroe, Suite 3300
Chicago, IL  60603

21     Tel.:  (312) 346-2222
Fax:  (312) 346-0022

22     E-mail: kaw@wexlerwallace.com
              mrm@wexlerwallace.com

23

24

25

26

27

28

1

2   Lee Squitieri
    Olga A. Pettigrew
3   SQUITIERI & FEARON LLP
    32 East 57th Street, 12th Floor
4   New York, NY 10022
    Tel.: (212) 421-6492
5   Fax: (212) 421-6553
    E-mail: lee@sfclasslaw.com

6   ***Co-Lead Counsel and Executive Committee
    Members***

7

8   Jeffrey Kodroff
    SPECTOR, ROSEMAN, KODROFF &
9   WILLIS, P.C.
    1818 Market Street, Suite 2500
10  Philadelphia, PA 19103
    Tel.: (215) 496 0300
11  Fax: (215) 496 6611
    E-mail: jkodroff@srkw-law.com

12  Nicholas Chimicles
    Kimberly Donaldson
13  CHIMICLES & TIKELLIS LLP
    361 W. Lancaster Avenue
14  Haverford, PA 19401
    Tel.: (610) 642-8500
15  Fax: (610) 649-3633
    E-mail: nick@chimicles.com
16              kimdonaldson@chimicles.com

17  Lance Harke
    HARKE & CLASBY
18  9699 NE Second Avenue
    Miami, FL 33138
19  Tel.: (305) 536-8220
    Fax: (305) 536-8229
20  E-mail: lharke@harkeclasby.com

21  Hollis Salzman
    LABATON SUCHAROW
22  140 Broadway
    New York, NY 10005
23  Tel.:(212) 907-0700
    Fax:(212) 818-0477
24  E-mail: hsalzman@labaton.com

25  ***Executive Committee Members***

26

27

28

1  Dated:  May 22, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Jonathan M. Jacobson
Jonathan M. Jacobson
1301 Avenue of the Americas
40th Floor
New York, NY  10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone:  (310) 586-3200

*Attorneys for Defendants*